# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/24

December 9, 2024

Hon. Kimba M. Wood
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Francisco Matias*, Case No. 1:09-cr-00767-KMW-2
    Defense Request for Additional Days for Bond Co-signatory Presentation

Dear Judge Wood:

I represent Mr. Matias in the above case. Mr. Matias self-surrendered on November 25, 2024. The Court agreed to bail with a $50,000 personal recognizance bond to be co-signed by three financially responsible persons. Conditions were to be met by December 9, 2024

Mr. Matias requests he be allowed to present his three financially responsible bond co-signatories by Wednesday, December 11. The government agrees with this request. ] Granted

Thank you.

*The parties shall contact Magistrates Court to arrange to sign the bond.*

Respectfully Submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
**Counsel for Defendant Francisco Matias**

cc: Katherine Cheng, Esq.
    Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y. 12/10/24

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.