# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/24

December 20, 2024

Hon. Kimba M. Wood
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *United States v. Francisco Matias*, Case No. 1:09-cr-00767-KMW-2
Consent Letter Motion to Modify Bail Conditions to Extend Travel

Dear Judge Wood:

I represent Mr. Matias in the above case. I request Mr. Matias's pre-trial release conditions be modified to extend his permitted travel.

Mr. Matias was released on an appearance bond on November 25, 2024. The conditions of his pre-trial release limit his travel to the Southern District of New York He has been living in the Dominican Republic for many years before now and was employed there. Currently, however, in New York he has to get a job. He has an opportunity to be a driver. For that, he must have access to all of the New York boroughs, New Jersey (airport access and route to Pennslvania) and the Connecticut suburbs. In addition, Mr. Matias' daughter resides in Wilkes-Barre, Pennsylvania. Her name is Ashley Matias, and she lives at 243 S. Prospect Street, Nanticoke, PA 18634.

We request his pre-trial release conditions be modified to include all five boroughs of New York, Connecticut, New Jersey and Wilkes-Barre, Pennsylvania. Pre-Trial Services consents to these modifications and the government defers their position. *Granted*

Thank you.

Respectfully Submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Defendant Francisco Matias*

cc: Ashley Cosme, Intensive Supervision Specialist
    Katherine Cheng, Esq., Assistant U.S. Attorney

SO ORDERED: N.Y., N.Y. 12/26/24

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.