

U.S. Department of Justice

United States Attorney
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/25

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

June 6, 2025

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Francisco Matias*, S2 09 Cr. 767 (KMW)

Dear Judge Wood:

The Government respectfully requests, with the defense's consent, a 30-day adjournment of the currently scheduled June 11, 2025 status conference in the above-referenced matter. The Government has located additional discovery materials, which were recently unsealed by this Court, that are being processed and reviewed and will be provided to the defense. In addition, the parties continue to have discussions regarding a potential pretrial resolution.

Furthermore, the Government requests that time between June 11, 2025 and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to review discovery materials and discuss a potential pretrial resolution. Defense counsel consents to this request.

*The conference is adjourned to July 9, 2025, at 11:00 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through July 9, 2025.*

Sincerely,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng / William C. Kinder
Assistant United States Attorneys
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

**SO ORDERED:** N.Y., N.Y. 6/9/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc:   Jeffrey Chabrowe, Esq., (via ECF)