# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 2 2.659.4350

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/25
```

June 12, 2025

Hon. Kimba M. Wood
United States District Court
Southern District of New York
40 Foley Sq
New York. NY 10007

**MEMO ENDORSED**

Re:   *United States v. Francisco Matias, Sr.,* Case No. 09-cr-00767
      Letter Motion for Modification of Bond Conditions

Dear Judge Wood:

I request a modification to the above Defendant's bond conditions.

Mr. Matias is scheduled to undergo an MRI on Friday, June 13 at 10:40 AM. He cannot wear his monitoring bracelet during the MRI. Therefore, I request he be allowed to remove the bracelet from approximately 9:00 AM to 12:00 PM on June 13.

*Granted*

Pre-Trial Services and the government each have no objection to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
**Counsel for Defendant Francisco Matias**

SO ORDERED:   N.Y., N.Y.   6/13/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.