# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/25

July 7, 2025
By ECF

Hon. Kimba M. Wood
United States District Court
Southern District of New York
40 Foley Sq
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Francisco Matias, Sr., Case No. 09-cr-00767
Letter Motion to Continue Status Conference

Dear Judge Wood:

I respectfully request to continue the above Defendant's upcoming status conference on July 9, 2025.

I am currently out of the country through July 25, 2025, and cannot attend the conference. I apologize for not addressing this when the conference date was set. Additionally, I am still waiting on the discovery the government is producing from the archive because the case is over fifteen years old. Therefore, I request to adjourn this status conference to the week of August 4, 2025. The government consents to the request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com

*The conference is adjourned to September 10, 2025, at 10:30 a.m. If the parties request that time be excluded, they shall submit a proposed order.*

SO ORDERED: N.Y., N.Y. 7/8/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.