# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 12, 2025

November 10, 2025

Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 100007

**MEMO ENDORSED**

Re:    *USA v. Francisco Matias,* Case No. 1:09-CR-767
       Letter of Continuance and Request for Adjournment

Dear Judge Wood:

I request adjournment of the above case. We received more discovery materials last week that we are still reviewing. We are also going over potential disposition. Moreover, I am starting a trial in Ithaca, New York from November 17 through early December.

I am requesting adjournment for 30 days or thereafter. I am unavailable on December 12, as I have a federal sentencing in Islip for Michael Stevens. I am also unavailable on December 16, as I have a federal sentencing in the Eastern District of New York for Siyu Chen. The government consents to this request.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
*Counsel for Defendant Francisco Matias*

**Counsel's request for an adjournment is GRANTED. The conference is adjourned to December 10, 2025, at 11:30 a.m.**

**SO ORDERED.**

**DATED: New York, New York**
         **November 12, 2025**

/s/ Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE