U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/25

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

December 12, 2025

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

　　　Re:　　　*United States v. Francisco Matias*, **S2 09 Cr. 767 (KMW)**

Dear Judge Wood:

　　　Following the adjournment of the status conference previously scheduled for December 10, 2025 in the above-referenced matter, at the Court's direction, the parties conferred regarding a proposed trial schedule. Due to multiple trials already scheduled in the spring of 2026 in other cases, as well as defense counsel's travel schedule, the earliest date that the parties are available for trial in this matter is August 2026. Thus, the parties respectfully request that trial be scheduled for early August 2026, if the Court is available then.

　　　In addition, the Government requests that time between today's date and the date of the trial be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to review discovery materials and discuss a potential pretrial resolution. Defense counsel consents to this request.

*The Court schedules trial in this case for August 3, 2026. With the parties consent, time is excluded between December 16, 2025 and August 3, 2026. The ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the exclusion will allow the parties to continue to review discovery materials and discuss a potential pretrial resolution.*

Sincerely,

JAY CLAYTON
United States Attorney

By: _____
Katherine Cheng / William C. Kinder
Assistant United States Attorneys
Southern District of New York
katherine.cheng@usdoj.gov
william.kinder@usdoj.gov
212-637-2492 / -2394

cc:　　Jeffrey Chabrowe, Esq., (via ECF)

**SO ORDERED:** N.Y., N.Y. 12/16/25

_____
KIMBA M. WOOD
U.S.D.J.