# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 914.462.3637

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/26

September 29, 2024

MEMO ENDORSED

Hon. Kimba M. Wood
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Francisco Matias*, Case No. 1:09-cr-00767-KMW-2
Letter Motion for Leave to Withdraw as Counsel and to File Affidavit *Ex Parte* and Under Seal

Dear Judge Wood:

I represent Mr. Matias in the above case. Pursuant to SDNY Local Civil Rule 1.4(b) and Local Criminal Rule 1.1, I seek leave to withdraw as counsel in the above case based on irreconcilable differences. I seek leave to file my supporting affidavit ex parte and under seal to maintain attorney client privilege. I understand that, if this Court grants leave, those sealed filings must be made traditional, by hand, pursuant to ECF Filing Rule 6.2. I certify I have served a copy of this letter motion on Defendant Francisco Matias, as well as the government.

Thank you.

Respectfully Submitted,

Jeff Chabrowe

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
***Counsel for Defendant Francisco Matias***

Leave to file supporting affidavit ex parte and under seal is granted.

cc: William Kinder, Esq.
Katherine Cheng, Esq.
Francisco Matias, Sr.

SO ORDERED: N.Y., N.Y. 9/29/26

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.