**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/29/26

September 25, 2026

**By ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

**Re: *United States v. Francisco Matias*, 09 Cr. 767 (KMW)**

Dear Judge Wood:

The Government writes to notify the Court that in the above-referenced matter, counsel for defendant Francisco Matias recently informed the Government and the Magistrate Court, in connection with a change-of-plea hearing previously scheduled for September 23, 2026, that due to irreconcilable differences, defense counsel intends to seek to withdraw as counsel.[1] Trial is currently scheduled to begin in this matter on November 3, 2026. However, in light of the defendant's desire for new defense counsel, the Government respectfully requests that the Court schedule a change of counsel proceeding and adjourn *sine die* the November trial date and all pretrial deadlines.

A change of counsel conference will be held on Wednesday, October 28, at 12:00 p.m.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: *s/*
Katherine Cheng
William C. Kinder
Assistant United States Attorneys
Tel: (212) 637-2492 / -2394

Cc: Jeffrey Chabrowe, Esq. (by ECF)

---

[1] In connection with the scheduled plea before the Magistrate Court, this Court's courtroom deputy had scheduled the defendant's sentencing for December 30 at 10:30 a.m.

SO ORDERED: N.Y., N.Y. 9/29/26

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.