UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/26

-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

FRANCISCO MATIAS,

Defendant.
-----------------------------------------------------------------x

**ORDER**
09 CR 767 (KMW)

KIMBA M. WOOD, District Judge:

On September 29, 2026, the Court scheduled a change of counsel conference for Wednesday, October 28, 2026.

In light of the defendant's request for new counsel, the Court adjourns the November trial date, and all pretrial deadlines, *sine die*.

SO ORDERED.

Dated: New York, New York
October 6, 2026

Kimba M. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE