USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/28/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

FRANCISCO MATIAS,

Defendant.
-----------------------------------------------------------------x

**ORDER**
09 CR 767 (KMW)

KIMBA M. WOOD, District Judge:

The Court appoints CJA counsel Phillip Hamilton, on duty today, October 28, 2026, to represent the above-captioned defendant.

SO ORDERED.

Dated: New York, New York
October 28, 2026

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE